IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 10-489-2 |
| | : | |
| AARON SMITH | : | |

## **ORDER**

AND NOW, this 31st day of July, 2014, it is ORDERED Defendant Aaron Smith's Second Motion for Judgment of Acquittal or New Trial Pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure (Document 206) is DENIED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.